**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Susan E. Gillespie, Esq.
Nevada Bar No. 15227
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
sgillespie@maclaw.com
   Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD ARZOLA,<br><br>            Plaintiff,<br><br>vs.<br><br>ELKO POLICE DEPARTMENT, BART ORTIZ AND NATHANIEL BRADFORD,<br><br>            Defendants. | Case Number:<br>3:21-cv-00367-MMD-WGC<br><br>**<u>STIPULATION AND ORDER TO DISMISS WITH PREJUDICE</u>** |

IT IS HEREBY STIPULATED by and between Plaintiff Richard Arzola, by and through his attorney of record, Shaun Rose Law LLC and Defendants Elko Police Department, Bart Ortiz and Nathaniel Bradford, by and through their attorneys of record, Marquis Aurbach, that the above-referenced matter is dismissed with prejudice; and

IT IS FURTHER STIPULATED that all parties bear their own attorney fees and costs.

IT IS SO STIPULATED this 28th day of February, 2022.

| MARQUIS AURBACH COFFING | SHAUN ROSE LAW LLC |
|---|---|
| By: *s/Susan E. Gillespie*<br>    Susan E. Gillespie, Esq.<br>    Nevada Bar No. 15227<br>    10001 Park Run Drive<br>    Las Vegas, Nevada 89145<br>    Attorney for Defendants | By:   *s/Shaun M. Rose*<br>    Shaun M. Rose, Esq.<br>    Nevada Bar No. 13945<br>    9505 Hillwood Dr., Ste. 100<br>    Las Vegas, NV 89134<br>    Attorney for Plaintiff |

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CASE NUMBER: 3:21-CV-00367-MMD-WGC**

**ORDER**

IT IS SO ORDERED this 28 day of February, 2022. that that the above-referenced matter is dismissed with prejudice; and

IT IS FURTHER ORDERED that all parties bear their own attorney fees and costs.

_____
United States District Court Judge